No. 02–1718. REVELL v. HOFFMAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–1719. O'DELL ET AL. v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 02–1720. AUTO STIEGLER, INC. v. LITTLE. Sup. Ct. Cal. Certiorari denied.

No. 02–1721. CRYNS v. ILLINOIS EX REL. HEWSON, ACTING DIRECTOR, ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION. Sup. Ct. Ill. Certiorari denied.

No. 02–1722. UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, AFL–CIO–CLC, LOCAL 1445 v. POLAND SPRING CORP. C. A. 1st Cir. Certiorari denied.

No. 02–1724. SECURITIES AMERICA, INC. v. ROGERS ET AL. Sup. Ct. Ala. Certiorari denied.

No. 02–1725. LANE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–1726. KINCAID v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 02–1728. BELL ET UX. v. IRWIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1730. BAY HARBOUR ASSOCIATES, L. P., ET AL. v. LEUCADIA NATIONAL CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1731. SODEXHO MARRIOTT SERVICES, INC. v. MCREYNOLDS. C. A. D. C. Cir. Certiorari denied.

No. 02–1735. CALIFORNIA TROUT, INC. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.